THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE P. McCORMICK, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 5, 1921; decided January 10, 1922.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered June 11, 1921, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Maurice Bloch* and *John Neville Boyle* for appellant.

*Edward Swann*, District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: POUND, J.